OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 Defendants in this race discrimination action moved for summary judgment, and met their burden of rebutting the prima facie case of discrimination by setting forth evidence of an independent, nondiscriminatory reason for terminating plaintiff s employment. In response, plaintiff did not raise a question of fact concerning the falsity of defendants’ proffered basis for the termination and that discrimination was more likely the real reason for his termination
 
 (compare, Ferrante v American Lung Assn.,
 
 90 NY2d 623). Accordingly, defendants’ motion for summary judgment was properly granted.
 

 Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur; Chief Judge Kaye taking no part.
 

 Order affirmed, with costs, in a memorandum.